UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-05197-5-JNC |
| | ) | |
| SHEALA L. WATFORD | ) | CHAPTER 13 |
| | ) | |
| DEBTOR(S). | ) | |

### MOTION TO WITHDRAW AS COUNSEL OF DEBTOR

NOW COMES, C. Scott Kirk and C. Scott Kirk, Attorney at Law, PLLC, attorney of record for the Debtor, and moves this Honorable Court for an Order permitting C. Scott Kirk and C. Scott Kirk, Attorney at Law, PLLC ("Movant") to withdraw as attorney and counsel of record for the Debtor. The Movant more fully supports this motion in the following:

1. On or about June 24, 2020, the Debtor retained the Movant engaged the undersigned to represent her for the remainder of her chapter 13 proceeding and evaluate the possibility of amending her confirmed plan.

2. On or about July 31, 2020, the Debtor contacted the Movant by way of telephone and informed the Movant that she no longer desires the Movant to represent her in these proceedings. The Debtor instructed the Movant to file this motion immediately.

WHEREFORE, the Movant prays that the Court issue an Order permitting the withdrawal of C. Scott Kirk and C. Scott Kirk, Attorney at Law, PLLC as attorney and counsel of record in the above proceeding; and for any other relief that this Court may deem just and equitable.

Respectfully submitted this 6th day of August, 2020.

/s/ C. Scott Kirk
Attorney for Debtor
C. Scott Kirk, Attorney at Law, PLLC
1025C Director Ct.
Greenville, NC  27858
(252) 689-6249
scott@csklawoffice.com
NC Bar No. 40349

UNTIED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:                                           CASE NO. 20-05197-5-JNC

SHEALA L. WATFORD

       DEBTOR(S)                          CHAPTER 13

## NOTICE OF MOTION

       Please take notice that the Counsel for Debtor has filed an Motion to Withdraw as Counsel  Your rights may be affected by this Motion.  You may wish to consult with an attorney upon receipt of this Notice and Motion.

       If you oppose this Motion or wish to be heard, you must respond to this motion on or before  **August 24, 2020.**  Pursuant to Local Bankruptcy Rule 9013-1 and 9014-1, your response must be in writing and filed with the Court.  You may mail your response to be filed to the following:

United States Bankruptcy Court
Attn:  Clerk of Courts
P.O. Box 791
Raleigh, NC  27602

       You must serve a copy of any response filed with the Court by regular U.S. Mail to the undersigned and to Joseph A. Bledsoe, Chapter 13 Trustee, P.O. Box 618, New Bern, NC  28563.

       If a response to the motion has been filed, the Court will schedule and conduct a hearing at a time and location of the Court's convenience.

       If no responses have been filed, the Court may grant the relief without a hearing.

August 6, 2020

/s/ C. Scott Kirk
Attorney for Debtor
C. Scott Kirk, Attorney at Law, PLLC
1025C Director Ct.
Greenville, NC  27858
(252) 689-6249

scott@csklawoffice.com
NC Bar No. 40349

### Certificate of Service

I, C. Scott Kirk, 1025C Director Ct., Greenville, NC 27858, am over the age of 18 years and the attorney for the Movants. I hereby certify that a true copy of the foregoing Motion and Notice was duly served this 6th day of August, 2020 by electronic mail/and/or regular U.S. Mail upon the following:

Joseph A. Bledsoe III                    (via CM/ECF)
*Chapter 13 Trustee*

Sheala L. Watford
P.O. Box 924
Snow Hill, NC  28580

Marjorie K. Lynch
United States Bankruptcy Administrator
434 Fayetteville St., Suite 640
Raleigh, NC  27601

I certify under penalty of perjury that the foregoing is true and correct.

DATED: August 6, 2020

/s/C. Scott Kirk
N.C. State Bar # 40349
C. Scott Kirk, Attorney at Law, PLLC
1025C Director Ct.
Greenville, NC  27858
Telephone: (252) 689-6249
Email: scott@csklawoffice.com